# Third District Court of Appeal

## State of Florida

Opinion filed April 15, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0196
Lower Tribunal No. 19-22637-CA-01
_____

**Albert Rodriguez,**
Appellant,

vs.

**Trojan Park Condominium Association, Inc., et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, William Thomas, Judge.

Saul Ewing LLP, and Juan C. Martinez, for appellant.

Vernis & Bowling of Miami, P.A., and Evelyn Greenstone Kammet and Miguel Espinosa, for appellee Trojan Park Condominium Association, Inc.

Before LOGUE, LINDSEY and GORDO, JJ.

PER CURIAM.

Affirmed. See Escadote I Corp. v. Ocean Three Condo. Ass'n, 307 So. 3d 938, 942 (Fla. 3d DCA 2020) ("In short, there is no dispute that the water intrusion was continuous and resulted from the same damaged roof that existed prior to March 24, 2010. Consequently, the lower court correctly concluded that the underlying claims against the Association and Board were barred by the 2010 Release."); Seminole Tribe of Fla. v. State, Dep't of Revenue, 202 So. 3d 971, 974 (Fla. 1st DCA 2016) (holding, in part, that a second action, in which a claim for damages arises from a later time period, is barred by res judicata when the substantive issue before the two courts is the same in both cases).